Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 JUN 17 AM 11: 03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KMK_____ DEPUTY

ANDREW CHASE,

Plaintiff,

vs

BRIAN D. KENNEDY and Does 1-20,

Defendants.

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1065 J BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael R. Marrinan, Esq.
614 Fifth Avenue, Suite D
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

JUN 17 2008

DATE

By K. HAMMERLY, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)