1  MICHAEL R. MARRINAN (SBN 90484)
   Attorney at Law
2  Law Offices of Michael R. Marrinan
   614 Fifth Avenue, Suite D
3  San Diego, CA 92101
   Telephone: (619) 238-6900
4  Facsimile: (619) 515-0505

5  Attorney for Plaintiff

6

7

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11  ANDREW CHASE,                    )   Case No. 08cv1065-JLS (BLM)
                                     )
12                Plaintiff,         )   **NOTICE OF RELATED CASE**
                                     )
13       vs.                         )   [Local Rule 40.1(f)]
                                     )
14  BRIAN D. KENNEDY                 )
    and DOES 1-20,                   )
15                                   )
                  Defendants.        )
16  _____ )

17       TO:  CLERK OF THE DISTRICT COURT:

18       PLEASE TAKE NOTICE that the above entitled case is related to the following

19  dismissed case now on file in this court: "ANDREW CHASE v. BRIAN D. KENNEDY,

20  et al.," Case Number 07cv2374-JLS (LSP), filed on December 19, 2007 and voluntarily

21  dismissed without prejudice on May 8, 2008 prior to service of process on any defendant.

22       These cases are related in that they are the same case, arising out of the same

23  incident and involve the identical parties and causes of action.

24  Dated: July 14, 2008

25                                  **/s/ Michael R. Marrinan**_____
                                    Attorney for Plaintiff
26                                  E-mail: mrmarrinan@aol.com

27

28

                              1          08cv1065-JLS (BLM)