EDMUND G. BROWN JR.
Attorney General of the State of California
KRISTIN G. HOGUE
Supervising Deputy Attorney General
RICHARD F. WOLFE, State Bar No. 85346
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2482
 Fax: (619) 645-2012
 Email: Richard.Wolfe@doj.ca.gov

Attorneys for Defendant Brian D. Kennedy

MICHAEL R. MARRINAN, State Bar No. 90484
Law Offices of Michael R. Marrinan
 614 Fifth Avenue, Suite D
 San Diego, CA 92101
 Telephone: (619) 238-6900
 Fax: (619) 515-0505
 Email: mrmarrinan@aol.com

Attorney for Plaintiff ANDREW CHASE

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CHASE,<br><br>                              Plaintiff,<br><br>      v.<br><br>BRIAN D. KENNEDY and DOES 1-20,<br><br>                              Defendants. | Civil No. 08-1065 JLS (BLM)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Hearing:     None<br>Time:        Not applicable<br>Courtroom: 6<br>Judge:       Hon. Janis L. Sammartino |

   Plaintiff Andrew Chase and Defendant Brian Kennedy jointly move for an extension of Defendant Kennedy's time to respond to the Complaint.

   Defendant Kennedy's current deadline is August 4, 2008. The parties jointly request that the deadline be extended to August 22, 2008. Defendant Kennedy gave his consent to representation by the Office of the Attorney General on July 29, 2008, and the deputy attorney

1  general assigned to the case, Richard F. Wolfe, has not had sufficient time to prepare a response.
2  In addition, an extension will allow the parties to meet and confer regarding a possible motion to
3  dismiss.

4  Respectfully submitted by:

6  Dated: August 1, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

KRISTIN G. HOGUE
Supervising Deputy Attorney General

s/Richard F. Wolfe

RICHARD F. WOLFE
Deputy Attorney General
Attorneys for Defendant Brian D. Kennedy

14  Dated: August 1, 2008

s/Michael R. Marrinan

MICHAEL R. MARRINAN
Attorney for Plaintiff Andrew Chase

23  80265659.wpd
    SD2008801899

Joint Motion for Extension of Time to Respond to Complaint      Civil No. 08-1065 JLS (BLM)
2

## CERTIFICATE OF SERVICE

**Case Name:** Chase, Andrew v. Kennedy
U.S.D.C., Southern District No. 08-1065 JLS(BLM)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 1, 2008</u>, I electronically filed the following document(s):

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

mrmarrinan@aol.com

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**NONE**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 1, 2008, at San Diego, California.

Linda Jean Fraley
_____
Declarant

*/s/ Linda Jean Fraley*
_____
Signature

SD2008801899
80267182.wpd