IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CHASE,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRIAN D. KENNEDY and DOES 1-20,<br><br>                    Defendants. | Civil No. 08-1065 JLS (BLM)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Andrew Chase and Defendant Brian Kennedy have jointly moved for an extension of Defendant Kennedy's time to respond to the Complaint. Good cause appearing, IT IS ORDERED that Defendant Kennedy's deadline to respond to the Complaint is extended from August 4, 2008, to August 22, 2008.

DATED: August 4, 2008

Honorable Janis L. Sammartino
United States District Judge