1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | KRISTIN G. HOGUE
Supervising Deputy Attorney General
3 | RICHARD F. WOLFE, State Bar No. 85346
Deputy Attorney General
4 | 110 West A Street, Suite 1100
San Diego, CA 92101
5 | P.O. Box 85266
San Diego, CA 92186-5266
6 | Telephone: (619) 645-2482
Fax: (619) 645-2012
7 | Email: Richard.Wolfe@doj.ca.gov

8 | Attorneys for Defendant Brian D. Kennedy

9 | MICHAEL R. MARRINAN, State Bar No. 90484
Law Offices of Michael R. Marrinan
10 | 614 Fifth Avenue, Suite D
San Diego, CA 92101
11 | Telephone: (619) 238-6900
Fax: (619) 515-0505
12 | Email: mrmarrinan@aol.com

13 | Attorney for Plaintiff Andrew Chase

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ANDREW CHASE, | Civil No. 08-1065 JLS (BLM) |
|---|---|
| Plaintiff, | **JOINT MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| BRIAN D. KENNEDY and DOES 1-20, | Hearing: None |
| | Time: Not applicable |
| Defendants. | Courtroom: 6 |
| | Judge: Hon. Janis L. Sammartino |

Plaintiff Andrew Chase and Defendant Brian Kennedy jointly move for a second extension of Defendant Kennedy's time to respond to the Complaint.

Defendant Kennedy's original deadline was August 4, 2008. On August 1, 2008, the parties filed a joint motion to continue the deadline to August 22, 2008. [Doc. 5.] The Court granted

1  the request on August 4, 2008. [Doc. 6.] The parties now jointly request a second, 60-day
2  extension, to October 22, 2008.
3      Good cause exists for the extension because the parties have agreed to settle this lawsuit,
4  but need additional time to finalize the agreement. Sixty days is requested because the State of
5  California is currently operating without a budget and cannot finalize the settlement until a
6  budget has been passed.

8      Respectfully submitted by:

9  Dated: August 22, 2008      EDMUND G. BROWN JR.
10      Attorney General of the State of California

11      KRISTIN G. HOGUE
    Supervising Deputy Attorney General

12      s/Richard F. Wolfe

13      _____
14      RICHARD F. WOLFE
    Deputy Attorney General
    Attorneys for Defendant Brian D. Kennedy

17      s/Michael R. Marrinan
18  Dated: August 22, 2008      _____
    MICHAEL R. MARRINAN
19      Attorney for Plaintiff Andrew Chase

27  80274949.wpd
    SD2008801899

## CERTIFICATE OF SERVICE

**Case Name:** Chase, Andrew v. Kennedy
U.S.D.C., Southern District No. 08-1065 JLS(BLM)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 22, 2008, I electronically filed the following document(s):

**JOINT MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

mrmarrinan@aol.com

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**NONE**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 22, 2008, at San Diego, California.

Linda Jean Fraley
Declarant

*Signature:* Linda Jean Fraley

SD2008801899
80275002.wpd