|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANDREW CHASE, | ) Case No. 08cv1065-JLS (BLM) |
|---|---|
|     Plaintiff, | ) |
| v. | ) **ORDER CONFIRMING SETTLEMENT** |
| | ) **AND SETTING DEADLINE TO FILE** |
| BRIAN D. KENNEDY, et al., | ) **JOINT MOTION FOR DISMISSAL** |
| | ) |
|     Defendants. | ) |
| | ) |

On August 22, 2008, Plaintiff's counsel contacted the Court and stated that the parties had reached a settlement in the above matter.  Pursuant to this settlement, counsel requested that the Court set a Settlement Disposition Conference in approximately two months.  In light of counsel's representations, the request is **GRANTED** as follows.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **October 22, 2008**.  A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the

---

[1]   The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing

1  same day.  If the signed joint motion for dismissal is timely filed,
2  the parties and attorneys are not required to make any further
3  appearances before Judge Major.
4      If the fully executed joint motion for dismissal is not filed by
5  **October 22, 2008**, then all counsel of record and unrepresented
6  parties are required to appear **in person** for a Settlement Disposition
7  Conference.  The Settlement Disposition Conference will be held on
8  **October 24, 2008** at **9:00 a.m.** in Courtroom A.
9      If counsel of record or any unrepresented party fails to appear
10 at the Settlement Disposition Conference, or the parties fail to file
11 the signed joint motion for dismissal in a timely manner, the Court
12 will issue an Order to Show Cause why sanctions should not be imposed
13 for failing to comply with this Order.
14     **IT IS SO ORDERED.**
15
16 DATED:   August 22, 2008
17
18                                  BARBARA L. MAJOR
                                    United States Magistrate Judge
19
20
21
22 COPY TO:
23 HONORABLE JANIS L. SAMMARTINO
   U.S. DISTRICT JUDGE
24
   ALL COUNSEL
25
26
27 ─────────────────────
28 Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov
   (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").