IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CHASE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN D. KENNEDY and DOES 1-20,<br><br>　　　　　　　　　　Defendants. | Civil No. 08-1065 JLS (BLM)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Andrew Chase and Defendant Brian Kennedy have jointly moved for a extension of Defendant Kennedy's time to respond to the Complaint. Good cause appearing, IT IS ORDERED that Defendant Kennedy's deadline to respond to the Complaint is extended from August 22, 2008, to October 22, 2008.

DATED: August 25, 2008

　　　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge